**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2482
_____

JUDSON WITHAM,

                    Plaintiff - Appellant,

        v.

NEW YORK STATE; DEPARTMENT OF ENVIRONMENTAL CONSERVATION;
INTERNATIONAL PAPER CORPORATION; WARREN COUNTY, NEW YORK;
THE LAKE GEORGE PARK COMMISSION; TOWN OF TICONDEROGA, NEW
YORK,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:13-cv-00611-BO)

_____

Submitted:  April 24, 2014          Decided:  April 28, 2014

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Judson Witham, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judson Witham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Witham v. New York State, No. 5:13-cv-00611-BO (E.D.N.C. Oct. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED